UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DARREN L. JARVIS (#133118)                                      CIVIL ACTION

VERSUS

                              15-629-SDD-EWD

STEPHANIE LAMARTINERE, ET AL.

## RULING

The Court has carefully considered the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated August 3, 2016. Plaintiff has filed an objection[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, Defendants' *Motion for Summary Judgment*[4] will be granted and Plaintiff's claims asserted against Defendants are dismissed for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997(e). Additionally, this action will be dismissed without prejudice but with prejudice to re-assertion of the same claim or claims *in forma pauperis*.

Signed in Baton Rouge, Louisiana the 26th day of September, 2016.

                                        */s/ Shelly D. Dick*
                                        **JUDGE SHELLY D. DICK**
                                        **UNITED STATES DISTRICT COURT**
                                        **MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1
[2] Rec. Doc. 21.
[3] Rec. Doc. 22.
[4] Rec. Doc. 11.